

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-17-00428-CV

Javier **MORA,**
Appellant

v.

Anna **MORA,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellant's First Opposed Motion to Extend Time to File Motion for En Banc Reconsideration is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court